**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

| | |
|---|---|
| BERKLEY INSURANCE COMPANY, | : |
| Plaintiff, | : |
| -against- | : 25-CV-7621 (VSB) (OTW) |
| SUB-ZERO GROUP, INC., et al., | : **ORDER** |
| Defendants. | : |

------------------------------------------------------------x

**ONA T. WANG**, **United States Magistrate Judge**:

It has come to the Court's attention that Plaintiff filed a stipulation of voluntary dismissal of this action as against Defendants. (ECF 33). Accordingly, the November 18, 2025, Initial Case Management Conference is converted to an in-person Status Conference at 10:30 a.m. in Courtroom 20D, 500 Pearl Street, New York, NY 10007. Plaintiffs need not attend. Defendants and 3M Company are directed to meet and confer and submit a proposed agenda by **November 17, 2025**.

**SO ORDERED.**

Dated: November 14, 2025
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge