**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
BERKLEY INSURANCE COMPANY,

          Plaintiff,

    -against-

SUB-ZERO GROUP, INC., et al.,

          Defendants.

------------------------------------------------------------x

25-CV-7621 (VSB) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court has reviewed ECF Nos. 36 and 37. In light of Defendant Sub-Zero Group's dismissal of its third-party complaint against 3M, (ECF 36), the last remaining claim in this action following Plaintiff's dismissal of all its claims on November 14, 2025, (ECF 33), the status conference on **November 18, 2025**, is **CANCELLED**.

The Clerk of Court is respectfully directed to close ECF 37.

**SO ORDERED.**

Dated: November 17, 2025
       New York, New York

/s/ Ona T. Wang
**Ona T. Wang**
United States Magistrate Judge